**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jena L. Tiernan*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jena.Tiernan2@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2044*
*fax: (862) 410-6195*

November 3, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Doumbia v. Soto, et al.*, No. 26-14090 (RK)**
**Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. We respectfully write, pursuant to the Court's October 28, 2026 Order, ECF No. 2, to confirm that a bond hearing was scheduled for November 2, 2026. *See* Ex. A. Immigration and Customs Enforcement ("ICE") reports that the Immigration Judge granted bond in the amount of $6,000.

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a) and will be released upon posting bond. *See, e.g., Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must exhaust administrative remedies before bringing a habeas petition); *see also Borbot v. Warden Hudson Cnty. Corr. Facility,* 906 F.3d 274, 275-79 (3d Cir. 2018); *Zhuno-Livicura,* No. 26-7255, 2026 WL 2936515, at *2-4 (E.D. Pa. Sept. 30, 2026) (finding that "an individualized bond hearing, with appeal to the BIA, is constitutionally sufficient" for § 1226(a) detainees). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

**SO ORDERED**

[signature]

**Robert Kirsch, U.S.D.J.**
**Date:** November 3, 2026

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jena L. Tiernan*
Jena L. Tiernan
Assistant United States Attorney

cc: Petitioner pro se (*by US Mail*)